UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8578

WILLIE J. WILLIAMS, a/k/a Willie James Williams,

Plaintiff - Appellant,

v.

ROBERT COOPER, Administrator – Superintendent Avery-Mitchell
Correctional Institution; CHRIS CRAWFORD, Assistant
Administrator Avery-Mitchell Correctional Institution; BRYAN
DALE JOHNSON, Unit Manager Avery-Mitchell Correctional
Institution; STEPHEN GRINDSTAFF, Assistant Manager Avery-
Mitchell Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:08-cv-00515-GCM)

Submitted:  June 22, 2009              Decided:  June 26, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Willie J. Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Cooper, No. 1:08-cv-00515-GCM (W.D.N.C. Dec. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED